IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

MELVIN MANUEL NUNEZ, §
    Plaintiff, §
      §
v. §  No. 3:20-cv-00330-N (BT)
      §
DALLAS COUNTY SHERIFF, §
      §
    Defendant. §

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

   The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation in this matter dated January 19, 2021. Plaintiff filed no objections to the same. The Court has reviewed the proposed Findings and Recommendation of the Magistrate Judge for clear error. Finding no error, the Findings, Conclusions, and Recommendation are accepted as the Findings, Conclusions, and Recommendation of the of the Court. **IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

   **SO ORDERED** this 8th day of March, 2021

                  _____
                  DAVID C. GODBEY
                  UNITED STATES DISTRICT JUDGE